UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID HARTLEY,**

   **Plaintiff,**

**v.**              Case No: 6:19-cv-573-Orl-41DCI

**HOME DEPOT USA INC.,**

   **Defendant.**

                 /

**ORDER**

  THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 30), which recommends granting the Motion. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29) is **GRANTED**.

3. The last sentence of Paragraph 10 of the Settlement Agreement (Doc. 29-1) is **STRICKEN**. The Settlement Agreement is otherwise **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2019.



Copies furnished to:

Counsel of Record